IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FORT SILL APACHE TRIBE,    ) | |
| ) | |
| Plaintiff,    ) | Case  No. 1:14-cv-00958-RMC |
| ) | |
| v.    ) | Judge Rosemary M. Collyer |
| ) | |
| NATIONAL INDIAN GAMING COMMISSION,    ) | |
| And JONODEV CHAUDHURI, in his official    ) | |
| Capacity as Acting Chairman of the National    ) | |
| Indian Gaming Commission,    ) | |
| ) | |
| Defendants.    ) | |

**PLAINTIFF FORT SILL APACHE TRIBE' CONSENT MOTION FOR EXTENSION OF TIME TO OPPOSE DEFENDANT'S MOTION TO DISMISS**

Plaintiff Fort Sill Apache Tribe ("Fort Sill"), pursuant to Federal Rule of Civil Procedure Rule 6(b), respectfully moves for a fourteen day extension, to and including November 5, 2014, to oppose the motion to dismiss the complaint in this case filed by Defendants the National Indian Gaming Commission, and Jonodev Chaudhuri, in his official capacity as Acting Chairman of the National Indian Gaming Commission.

1.      Currently, Fort Sill's opposition to Defendants' motion to dismiss is due on or before October 22, 2014.  See ECF No. 8 and July 29, 2014, Minute Order.  Fort Sill requests the short extension because its counsel has been occupied with a motion for a temporary restraining order, other motions for emergency relief  and other urgent matters in unrelated actions pending in the Delaware Court of Chancery.  The request is filed in good faith and not to cause undue delay.  Fort Sill has requested no prior extensions in the case.

2.      The extension will not prejudice the Defendants.  Counsel for Fort Sill contacted

1

counsel for Defendants, who stated that she would not oppose the request.

In light of the foregoing, Fort Sill respectfully requests that the Court enter an Order providing that its opposition to the Defendants' motion to dismiss is due on November 5, 2014.

Dated: October 15, 2014

                Respectfully submitted,

                DENTONS US LLP

                */s/ Kenneth J. Pfaehler*
                KENNETH J. PFAEHLER
                District of Columbia Bar #461718
                Dentons US LLP
                1301 K Street N.W.
                Washington, D.C. 20005
                Telephone: (202) 408-6468
                Facsimile:  (202) 408-6399
                Kenneth.pfaehler@dentons.com

                *Attorneys for Plaintiff Fort Sill Apache Tribe*

## **CERTIFICATE OF SERVICE**

      I, Kenneth J. Pfaehler, hereby certify that on this 15th day of October, 2014, I caused a copy of the foregoing **Consent Motion for an Extension of Time** to be served upon the following attorney of record for Defendants by electronically filing said document with the Clerk of the District Court using its ECF system, which electronically notifies her of the service of said documents and provides her with true and correct copies thereof.

                                JODY H. SCHWARZ
                                Trial Attorney
                                United States Department of Justice
                                Environment and Natural Resources Division
                                Natural Resources Section
                                601 D Street N.W.
                                Washington, D.C. 20004
                                Telephone: (202) 305-0245
                                Facsimile:  (202) 305-0506
                                jody.schwarz@usdoj.gov


     By:     /s/ *Kenneth J. Pfaehler*
               Kenneth J. Pfaehler