IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FORT SILL APACHE TRIBE,**<br><br>**Plaintiff,**<br><br>- v -<br><br>**NATIONAL INDIAN GAMING COMMISSION and JONADEV CHAUDHURI, Chairman of the National Indian Gaming Commission,**<br><br>**Defendants.** | No. 1:14-cv-958-RMC |

**JOINT PROPOSED SCHEDULE ON ANTICIPATED MOTIONS**

On May 27, 2015, the Court entered a Minute Order stating that, in light of the parties' May 26, 2015 Report in Lieu of Joint Proposed Schedule, the parties are directed to meet and confer and file a joint proposed schedule on the anticipated motions to amend and for change of venue no later than June 10, 2015.  In compliance with the Minute Order, the parties propose the following schedule for the anticipated motions:

1.  Plaintiff Fort Sill Apache tribe will file its motion for leave to amend the complaint on or before July 10, 2015.  Any opposition to the motion will be due on July 24, 2015.  Any reply in support of the motion will be due on July 31, 2015.

2.  Defendants will file any motion to dismiss or for change of venue on or before July 24, 2015.  Opposition to the motion will be due on August 7, 2015.  Any reply in support of the motion will be due on August 14, 2015.

1

3.  The time for Defendants to answer the current Complaint will be stayed pending the resolution of the motion to amend the Complaint.

Counsel is available at the Court's convenience should the Court desire to discuss these matters.

        Respectfully submitted,

        */s/ Kenneth J. Pfaehler*
        Kenneth J. Pfaehler, Bar No. 461718
        DENTONS US LLP
        1301 K Street N.W.
        Suite 600, East Tower
        Washington, D.C.  20005-3364
        (202) 408-6468
        (202) 408-6399   Facsimile
        kenneth.pfaehler@dentons.com

        *Attorneys for Plaintiff Fort Sill Apache Tribe*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 10th day of June, 2015, I caused the foregoing Joint Proposed Schedule to be served on counsel of record for Defendants by filing an electronic copy of this Report with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to the parties entitled to receive notice.

/s/ Kenneth J. Pfaehler

84279411