**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| FORT SILL APACHE TRIBE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:14-cv-00958-MC |
| | ) | |
| v. | ) | Judge Rosemary M. Collyer |
| | ) | |
| NATIONAL INDIAN GAMING COMMISSION, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**PARTIES' JOINT MOTION TO MODIFY THE BRIEFING SCHEDULE ON**
**DEFENDANTS' MOTION TO TRANSFER VENUE**

Plaintiff Fort Sill Apache Tribe and Defendants the National Indian Gaming

Commission, Jonodev Chaudhuri in his official capacity as Acting Chairman of the National

Indian Gaming Commission, the United States of America, the Department of the Interior, Sally

Jewell in her official capacity as the Secretary of the Interior and Kevin Washburn in his official

capacity as Assistant Secretary of the Interior for Indian Affairs ("Defendants"), pursuant to

Federal Rules of Civil Procedure Rule 6(b) and LCvR7(n)(1), jointly move to modify the

briefing schedule for Defendants' motion to transfer venue by four weeks.  In support, the parties

state as follows:

1.      On August 3, 2015, the Defendants moved to defer the answer of the NIGC

Defendants and to extend the time to file their motion to transfer venue.  ECF No. 32.  In that

motion, Defendants noted that the parties planned on conducting a meeting to discuss the

litigation and claims on August 13, 2015.  The Court granted Defendants' request.

2.      On August 13, the parties met to discuss the litigation and claims.  As a result of

1

their meeting the parties are continuing to discuss the case and its potential resolution, and the defendants are conducting follow-up on certain matters.

3.  To allow the parties time to devote their resources to further discussion, the parties request the Court to extend the motion to transfer venue briefing schedule by an additional four weeks.  The Defendants' motion to transfer venue currently is due August 28, 2015.  The parties move for the Defendants' motion to transfer venue to be due on September 29, 2015, Plaintiff's response to be due on October 13, 2015 and Defendants' reply to be due on October 20, 2015. No other dates would be changed.  The request is made in good faith and to conserve the Parties' and judicial resources.

In light of the foregoing, the parties respectfully request the Court to enter an order extending the motion to transfer venue briefing schedule.  Defendants' motion to transfer would be due on September 29, 2015, Plaintiff's response would be due on October 13, 2015 and Defendant's reply would be due October 20, 2015.

Dated: August 28, 2015

Respectfully submitted,

DENTONS US LLP

*/s/ Kenneth J. Pfaehler*
KENNETH J. PFAEHLER
Trial Attorney
District of Columbia Bar #461718
Alan Fedman, District of Columbia Bar # 259457
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005
Telephone: (202) 408-6468
Facsimile:  (202) 408-6399
Kenneth.pfaehler@dentons.com

2

Alan.fedman@dentons.com

*Attorneys for Plaintiff Fort Sill Apache Tribe*

JOHN C. CRUDEN
Assistant Attorney General

*/s/ Jody H. Schwarz*
JODY H. SCHWARZ
Trial Attorney
District of Columbia Bar #493998
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
601 D Street N.W.
Washington, D.C. 20004
Telephone: (202) 305-0245
Facsimile:  (202) 305-0506
jody.schwarz@usdoj.gov

*Attorneys for the Federal Defendants*

84885503