**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**Fort Sill Apache Tribe**,

Plaintiff,

v.

**National Indian Gaming Commission**, et al.,

Defendants.

Case No. 1:14-cv-958-RMC
Judge Rosemary M. Collyer

**<u>PARTIES' JOINT MOTION TO STAY LITIGATION FOR 30 DAYS</u>**

Pursuant to Federal Rules of Civil Procedure Rule 6(b) and LCvR7(n)(1), Plaintiff, Fort Sill Apache Tribe, and Defendants National Indian Gaming Commission ("NIGC"); Jonodev Chaudhuri, Chairman of the NIGC; the United States of America; the Department of the Interior; S.M.R. Jewell, United States Secretary of the Interior; and Kevin Washburn, Assistant Secretary of Indian Affairs, Department of the Interior (collectively, the "Parties") hereby jointly move for an order staying this case for 30 days to, and including, November 12, 2015, to allow the Parties an opportunity to fully explore settlement of this case and to discuss potential resolution of outstanding issues. In further support of this motion, the Parties state the following:

1. Pursuant to the Court's September 29 and 30, 2015, Minute Orders, Defendants' answer or other response to the Complaint is due October 13, 2015, the certified index for the administrative record is due November 12, 2015, and the briefing on Defendant's motion to transfer is due October 13, 2015, with Plaintiff's response due October 27, and Defendants' reply due November 3. On August 26, 2015, Defendants provided Plaintiff with a DVD containing the draft administrative record index with links to the administrative record documents. No additional documents have been identified since that time.

2. As previously reported to the Court, the Parties met on August 13, 2015, to discuss the litigation and claims. Since that date, the Parties have exchanged information and have been following up on certain issues raised during their discussions. Defendants' counsel has kept in contact with Plaintiff's counsel on the status of Defendants' internal discussions, which have been ongoing.

3. These discussions involve officials from NIGC, Bureau of Indian Affairs, the Assistant Secretary—Indian Affairs, attorneys from the Department of the Interior's Solicitor's Office, and attorneys from the Department of Justice. The Parties have been diligently engaged in settlement discussions in good faith. The process, however, is continuing and the Parties need additional time to discuss the issues and any proposed resolution of the litigation.

4. In light of the foregoing discussions, the Parties believe that at this time their efforts are best spent on pursuing discussions and working on resolution of the litigation, rather than active litigation of Plaintiff's claims. The Parties believe that a short stay of the litigation proceedings will grant them the time necessary to fully exhaust settlement discussions. Upon conclusion of the stay, the Parties will resume the active litigation of this case should they not reach an agreement on settling the litigation, and Defendants will file their answer or other response to the Complaint on November 16, 2015, and will file their motion to transfer venue on November 16, 2015. Plaintiff would file its response to the motion to transfer venue on December 7, 2015, and Defendants would file their reply on December 14, 2015.

5. "The power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936). The decision to stay is within the discretion of the court. *Id.*

6. Here, a stay will not adversely or unduly prejudice the Parties' rights and interests in this case, will serve judicial economy, and will not cause any confusion. The Parties are mindful of and sensitive to the Court's practice to litigate or otherwise resolve cases without undue delay. The Parties respectfully submit, however, that the stay of this action will not cause undue delay and instead is in the best interests of the Parties and will minimize any burdens on their (and the Court's) limited resources. The denial of the Parties' motion, however, would impede the Parties' ability to resolve or otherwise dispose of this case without the need for extended litigation. Additionally, it would impede the Parties' ability to proceed in accordance with the principles of judicial efficiency and conservation of limited resources. Good cause exists to grant the requested stay.

Because good cause exists to grant a short stay of this case, the Parties jointly and respectfully request that the Court enter an order:

a. Staying this case for 30 days to, and including, November 12, 2015;

b. Allowing any of the Parties to seek by motion the reinstatement of litigation at any time or in the event that the Parties conclude that they are unable to make further progress with their settlement discussions; and

c. In the event of reinstatement of litigation, Defendants will file their answer or other response to the Complaint on November 16, 2015, and will file their motion to transfer venue on November 16, 2015. Plaintiff would file its response to the motion to transfer venue on December 7, 2015, and Defendants would file their reply on December 14, 2015.

Respectfully submitted this 13th day of October, 2015.

Respectfully submitted,

JOHN C. CRUDEN
Assistant Attorney General
Environment and Natural Resources Division

*/s/ Jody H. Schwarz*
JODY H. SCHWARZ
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 305-0245
Fax: (202) 305-0506
jody.schwarz@usdoj.gov

*Attorneys for Federal Defendants*

/s/ Jody H. Schwarz w/ permission dated October 13, 2015
KENNETH JOHN PFAEHLER
DENTONS US LLP
1301 K Street, NW
Suite 600 East Tower
Washington, DC 20005
Tel: (202) 408-6400
Fax: (202) 408-6399
kenneth.pfaehler@dentons.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of October, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Jody H. Schwarz*
JODY H. SCHWARZ