## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Fort Sill Apache Tribe, | ) | |
| | ) | |
| Plaintiff, | ) | Case  No. 1:14-cv-00958-RMC |
| | ) | |
| v. | ) | |
| | ) | |
| National Indian Gaming Commission, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| ———————————————————— | ) | |

**PLAINTIFF FORT SILL APACHE TRIBE'S CONSENT MOTION FOR EXTENSION OF TIME TO REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF THE ADMINISTRATIVE RECORD WITH RESPECT TO THE JANUARY 2017 DECISION OF THE NATIONAL INDIAN GAMING COMMISSION**

Plaintiff Fort Sill Apache Tribe (the "Tribe"), pursuant to Federal Rule of Civil Procedure Rule 6(b), hereby respectfully moves for an extension to December 29, 2017 to file its Reply to Defendants' Opposition to Plaintiff's Motion to Compel Production of the Administrative Record with Respect to the January 2017 Decision of the National Indian Gaming Commission. In support of the motion, the Tribe states as follows:

1.      Currently, the Tribe's reply brief is due on December 22, 2017.  The Tribe requests a brief extension of time to reply in support of its motion, until December 29, 2017.

2.      The Tribe makes this request because of the press of other business for its counsel, including unexpected matters, and family commitments in the holiday season.

3.      Undersigned counsel requested Defendants to consent to the requested extension. Counsel for the Defendants has graciously consented to this motion.

1

4.     The extension will not prejudice the Defendants, as counsel for Defendants has already consented to the motion.  The extension will not impact any other deadlines in the action.

For the foregoing reasons, the Tribe respectfully requests the Court to enter an Order providing that the Tribe's Reply to the Defendants' Opposition to Plaintiff's Motion to Compel Production of the Administrative Record may be filed on or before December 29, 2017.

Dated: December 18, 2017

Respectfully submitted,

DENTONS US LLP


*/s/ Kenneth J. Pfaehler*
Kenneth J. Pfaehler (DCB # 461718)
Jason C. Reichlyn (DCB # 1008979)
Dentons US LLP
1900 K Street N.W.
Washington, D.C. 20006
Telephone: (202) 408-6468
Facsimile:  (202) 408-6399
kenneth.pfaehler@dentons.com
jason.reichlyn@dentons.com

*Attorneys for Plaintiff Fort Sill Apache Tribe*

## CERTIFICATE OF SERVICE

I, Kenneth J. Pfaehler, hereby certify that on this 18th day of December 2017, I served the foregoing **Consent Motion for an Extension of Time** by filing the same with the Court's CM/ECF system, which will send notification to all counsel of record in this matter who are registered with the Court's CM/ECF system.


By:      /s/ *Kenneth J. Pfaehler*
          Kenneth J. Pfaehler


106018774