IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Fort Sill Apache Tribe, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>National Indian Gaming Commission, )<br>*et al.*, )<br>)<br>Defendants. )<br>_____ ) | Case No. 1:14-cv-00958-RMC |

**[PROPOSED ORDER]**

This matter is before the Court on Plaintiff's Consent Motion for Extension of Time to Reply to Defendants' Opposition to Plaintiff's Motion to Compel Production of the Administrative Record with Respect to the January 2017 Decision of the National Indian Gaming Commission. The Court, having been fully advised, hereby GRANTS the motion and ORDERS as follows:

1. Plaintiff's Reply to Defendants' Opposition to Plaintiff's Motion to Compel Production of the Administrative Record with Respect to the January 2017 Decision of the National Indian Gaming Commission is due on December 29, 2017.

Signed this _____ day of _____, 2017.

_____
ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE

106018884