UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **FORT SILL APACHE TRIBE** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 14–0958 (RMC) |
| | ) | |
| **NATIONAL INDIAN GAMING COMMISSION, et al.,** | ) ) | |
| | ) | |
| **Defendants.** | ) ) | |

## ORDER

Having considered the Plaintiff's Consent Motion for Modification of Briefing Schedule, and the premises of this case, it is, this ____ day of February, 2019,

ORDERED, that Plaintiff's Consent Motion be, and same hereby is, GRANTED; and it is

FURTHER ORDERED, that the briefing schedule is hereby modified as follows:

1. Plaintiff's Motion for Summary Judgment shall be filed on or before March 22, 2019;

2. Defendants' Cross Motion for Summary Judgment and Response to Plaintiff's Motion for Summary Judgment shall be filed on or before April 26, 2019;

3. Plaintiff's Response to Defendants' Cross Motion for Summary Judgment, and Reply to Defendants' Response to Plaintiff's Motion for Summary Judgment shall be filed on or before May 24, 2019; and

4. Defendants' Reply to Plaintiff's Response to Defendants' Cross Motion for Summary Judgment shall be filed on or before June 13, 2019.

_____
ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE

Copies to Counsel
via ECF