UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FORT SILL APACHE TRIBE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 14–0958 (RMC) |
| ) | |
| NATIONAL INDIAN GAMING ) | |
| COMMISSION, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PLAINTIFF'S CONSENT MOTION FOR ADDITIONAL
MODIFICATION OF BRIEFING SCHEDULE**

Plaintiff, through undersigned counsel, respectfully requests that this Court grant an additional modification of the briefing schedule, by permitting the parties an additional two weeks within which to file their respective submissions on summary judgment. The grounds for the request are as follows:

1. The Court has granted several prior modifications to the briefing schedule, each requested by the undersigned, who first entered an appearance in this protracted litigation on January 2, 2019. Plaintiff's motion for summary judgment is now scheduled for April 12, 2019.

2. Colleagues in Oklahoma and the Washington area are assisting in the ongoing effort, including especially Phillip E. Thompson, a Maryland attorney who has not yet been admitted here *pro hac vice*, but whose motion for leave is impending.

3. Mr. Thompson has been intimately involved on behalf of the Fort Sill Apache throughout each stage of the controversy, including in litigation before the U.S. District Court for the Western District of Oklahoma culminating in the settlement of March 9, 2007 – among parties including the U.S. Department of Interior ("Interior") – that the Tribe anticipated would

result in a return to aboriginal homelands in New Mexico with the right to engage in Indian gaming.  Mr. Thompson also participated in the lengthy administrative proceedings that took place thereafter before Interior and the National Indian Gaming Commission; and in the lengthy litigation that has followed.

4. Mr. Thompson is recuperating from a recent hip replacement, which has curtailed his ability to participate in the briefing process.  The undersigned should have better accounted for the requisite recuperation and rehabilitation time following such a surgery in seeking the prior change in schedule – to April 12th – and regrets having to seek an additional modification.

5. Defense counsel has kindly indicated consent to our request to modify the briefing schedule further.  We regret any additional inconvenience to the Court.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court grant modification of the briefing schedule as follows:

1. Plaintiff's Motion for Summary Judgment from April 12, 2019 to April 26, 2019;

2. Defendants' Cross Motion for Summary Judgment and Response to Plaintiff's Motion for Summary Judgment from May 17, 2019 to May 31, 2019;

3. Plaintiff's Response to Defendants' Cross Motion for Summary Judgment, and Reply to Defendants' Response to Plaintiff's Motion for Summary Judgment from June 24, 2019 to July 8, 2019; and

4. Defendants' Reply to Plaintiff's Response to Defendants' Cross Motion for Summary Judgment from July 8, 2019 to July 22, 2019.

A proposed Order is attached.

Respectfully submitted,

/s/ John P. Racin
John P. Racin
Law Office of John P. Racin
1721 Lamont Street, N.W.
Washington, D.C . 20010
(202) 277.7691
Fax: 202.296.5600
Email: johnpracin@gmail.com

**Attorney for Plaintiff**
**Fort Sill Apache Tribe**

CERTIFICATE OF SERVICE

The foregoing *Plaintiff's Consent Motion for Additional Modification of Briefing Schedule* will be served to the following counsel for Defendant in this case by the Court's CM/ECF system after proper filing of an Adobe PDF version of the above items on the Court's secure website on April 5, 2019:

Brian Matthew Collins
U.S. DEPARTMENT OF JUSTICE
ENRD
P.O. Box 7611
Washington, DC 20044
(202) 305-0428
Fax: 202-305-0506
Email: brian.m.collins@usdoj.gov

/s/ John P. Racin
John P. Racin