UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FORT SILL APACHE TRIBE** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 14–0958 (RMC) |
| ) | |
| **NATIONAL INDIAN GAMING** ) | |
| **COMMISSION, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## ORDER

Having considered the Plaintiff's Consent Motion for Additional Modification of Briefing Schedule, and the premises of this case, it is, this ____ day of April, 2019,

ORDERED, that Plaintiff's Consent Motion be, and same hereby is, GRANTED; and it is

FURTHER ORDERED, that the briefing schedule is hereby modified as follows:

1. Plaintiff's Motion for Summary Judgment shall be filed on or before April 26, 2019;

2. Defendants' Cross Motion for Summary Judgment and Response to Plaintiff's Motion for Summary Judgment shall be filed on or before May 31, 2019;

3. Plaintiff's Response to Defendants' Cross Motion for Summary Judgment, and Reply to Defendants' Response to Plaintiff's Motion for Summary Judgment shall be filed on or before July 8, 2019; and

4. Defendants' Reply to Plaintiff's Response to Defendants' Cross Motion for Summary Judgment shall be filed on or before July 22, 2019.

ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE

Copies to Counsel
via ECF