BRIAN COLLINS
Trial Attorney
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C.  20044-7611
Email: brian.m.collins@usdoj.gov
Ph:  (202) 305-0428
Fx: (202) 305-0506
*Attorney for Federal Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FORT SILL APACHE TRIBE,** | No.:  1:14-cv-000958-RMC |
| **Plaintiff,** | |
| vs. | **FEDERAL DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME** |
| **NATIONAL INDIAN GAMING COMMISSION,** *et al.*, | |
| **Defendants.** | |

Federal Defendants respectfully request that this Court grant an extension of time to file their response to Plaintiffs' motion for summary judgment (ECF No. 115) and the other related briefing deadlines.  Plaintiffs' counsel has consented to the requested extension.  The grounds for the request are as follows:

1.      Under the current schedule, Federal Defendants' response to Plaintiffs' Motion for Summary Judgment is due May 31, 2019.  Some of the attorneys that will need to review and approve Federal Defendants' response will be unavailable at the end of May due to pre-existing personal and professional commitments, and will be unable to provide the necessary reviews and approvals of the response before filing on May 31.

2.      In addition, the undersigned counsel's section of the Department of Justice will be relocating to new office space on June 14, 2019.  Undersigned counsel and other attorneys at the Department of

Justice who will need to review and approve Federal Defendants' response will be engaged in the preparation for the move in early June 2019. In addition, it is expected that there will be a short period of transition to the new office when computer and internet service may be interrupted or experiencing technical issues, thereby impacting undersigned counsel's ability to draft and edit the response. The proposed extension incorporates time to allow for any of those issues to be resolved prior to filing.

3. Accordingly, Federal Defendants request that the briefing schedule set out in the Court's April 8, 2019 Minute Order be modified as follows:

> Federal Defendants' Response to Plaintiffs' Motion for Summary Judgment and Cross-Motion for Summary Judgment shall be filed on or before June 19, 2019;
>
> Plaintiffs' Response to Federal Defendants' Cross-Motion and Reply in Support of Plaintiff's Motion for Summary Judgment shall be filed on or before August 2, 2019;
>
> Federal Defendants' Reply in Support of its Cross-Motion shall be filed on or before August 16, 2019.

4. The extension will not prejudice either Plaintiff or the Federal Defendants.

A Proposed Order is attached.


Respectfully submitted

JEAN E. WILLIAMS
Deputy Assistant Attorney General

BY:    /s/*Brian Collins*
BRIAN COLLINS
Trial Attorney
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Email: brian.m.collins@usdoj.gov
Ph: (202) 305-0428
Fx: (202) 305-0506

*Attorneys for Federal Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 17th day of May, 2019, the foregoing Consent Motion For Extension of Time was filed with the Court's CM/ECF system, which will send notification to counsel of record in this matter who are registered with the Court's CM/ECF system.

                                                  */s/ Brian Collins*

                                                  Brian Collins