UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FORT SILL APACHE TRIBE,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**NATIONAL INDIAN GAMING COMMISSION,** *et al.*,<br><br>**Defendants.** | No.:  1:14-cv-000958-RMC |

**PROPOSED ORDER**

This matter is before the Court on Plaintiff's Consent Motion for an Extension of Time (ECF No. 116).  The Court, having been fully advised hereby GRANTS the Motion and ORDERS as follows:

Federal Defendants' Response to Plaintiffs' Motion for Summary Judgment and Cross-Motion for Summary Judgment shall be filed on or before June 19, 2019;

Plaintiffs' Response to Federal Defendants' Cross-Motion and Reply in Support of Plaintiff's Motion for Summary Judgment shall be filed on or before August 2, 2019;

Federal Defendants' Reply in Support of its Cross-Motion shall be filed on August 16, 2019.

Dated: ___ day of May 2019

_____
JUDGE ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE