BRIAN COLLINS
Trial Attorney
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Email: brian.m.collins@usdoj.gov
Ph: (202) 305-0428
Fx: (202) 305-0506
*Attorney for Federal Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FORT SILL APACHE TRIBE,** | No.: 1:14-cv-000958-RMC |
| **Plaintiff,** | |
| vs. | **FEDERAL DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME** |
| NATIONAL INDIAN GAMING COMMISSION, *et al.*, | |
| **Defendants.** | |

Federal Defendants respectfully request that this Court grant an extension of time to file their response to Plaintiffs' motion for summary judgment (ECF No. 115) and the other related briefing deadlines. Plaintiffs' counsel has consented to the requested extension. The grounds for the request are as follows:

1. Under the current schedule, Federal Defendants' response to Plaintiffs' Motion for Summary Judgment is due June 19, 2019. Undersigned counsel has been assigned to assist with pre-trial preparations in a case that unexpectedly set for trial later this summer, which has delayed Federal Defendants' ability to draft the response and prepare it for filing.

2. Accordingly, Federal Defendants request that the briefing schedule set out in the Court's May 20, 2019 Minute Order be modified as follows:

      Federal Defendants' Response to Plaintiffs' Motion for Summary Judgment and Cross-Motion for Summary Judgment shall be filed on or before July 19, 2019;

      Plaintiffs' Response to Federal Defendants' Cross-Motion and Reply in Support of Plaintiff's Motion for Summary Judgment shall be filed on or before September 6, 2019;

      Federal Defendants' Reply in Support of its Cross-Motion shall be filed on or before September 20, 2019.

3.     The extension will not prejudice either Plaintiff or the Federal Defendants.

A Proposed Order is attached.

Respectfully submitted

                                 JEAN E. WILLIAMS
                                 Deputy Assistant Attorney General

BY:                       /s/*Brian Collins*
                                 BRIAN COLLINS
                                 Trial Attorney
                                 Natural Resources Section
                                 Environment and Natural Resources Division
                                 United States Department of Justice
                                 P.O. Box 7611
                                 Washington, D.C.  20044-7611
                                 Email: brian.m.collins@usdoj.gov
                                 Ph:  (202) 305-0428
                                 Fx: (202) 305-0506

                                 *Attorneys for Federal Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 14th day of June, 2019, the foregoing Consent Motion For Extension of Time was filed with the Court's CM/ECF system, which will send notification to counsel of record in this matter who are registered with the Court's CM/ECF system.

                                                      */s/ Brian Collins*

                                                      Brian Collins