UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **FORT SILL APACHE TRIBE** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 14–0958 (RMC) |
| | ) | |
| **NATIONAL INDIAN GAMING COMMISSION, et al.,** | ) ) | |
| | ) | |
| **Defendants.** | ) ) | |

**PLAINTIFF'S CONSENT MOTION FOR**
**MODIFICATION OF REMAINING BRIEFING SCHEDULE**

Plaintiff, through undersigned counsel, respectfully requests that this Court grant modification of the briefing schedule, by permitting the parties an additional three weeks within which to file their remaining submissions on summary judgment, Plaintiff from September 6, 2019 up to and including September 27, 2019; and Defendants thereafter up to and including October 18, 2019. The grounds for the request are as follows:

1.  The Minute Order entered June 18, 2019 provided for Plaintiff to file a Response to Defendant's Cross Motion for Summary Judgment and Reply in Support of its Motion for Summary Judgment on or before September 6, 2019; and for Defendant to file any Reply in Support of the Cross Motion for Summary Judgment on or before September 20, 2019.

2.  It is an unusually busy period for counsel with lead drafting responsibility here. Among other things, the U.S. District Court for the Western District of Oklahoma recently scheduled an opposition to Defendants' Motion to Dismiss for September 15, 2019 in a matter involving a complex factual record and host of difficult legal issues, *Comanche Nation of Oklahoma v. Bernhardt, et al.*, Case No. CIV 17–887–HE (W.D. Ok.), after dissolving a stay that

had been in place for some time pending resolution of several appellate proceedings,

    3.   Defense counsel has kindly consented to the request to modify the remaining briefing schedule; and, in light of a very busy period for him as well, would seek a period of three weeks within which to file a submission in reply.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court grant modification of the remaining briefing schedule as follows:

1. Plaintiff's Response to Defendants' Cross Motion for Summary Judgment, and Reply to Defendants' Response to Plaintiff's Motion for Summary Judgment from September 6, 2019 to September 27, 2019; and

2. Defendants' Reply to Plaintiff's Response to Defendants' Cross Motion for Summary Judgment on or before October 18, 2019.

A proposed Order is attached.

Respectfully submitted,

**/s/ John P. Racin**
John P. Racin
Law Office of John P. Racin
1721 Lamont Street, N.W.
Washington, D.C . 20010
(202) 277.7691
Fax: 202.296.5600
Email: johnpracin@gmail.com

**Attorney for Plaintiff**
**Fort Sill Apache Tribe**

## CERTIFICATE OF SERVICE

The foregoing *Plaintiff's Consent Motion for Modification of Remaining Briefing Schedule* will be served to the following counsel for Defendant in this case by the Court's CM/ECF system after proper filing of an Adobe PDF version of the above items on the Court's secure website on August 27, 2019:

Brian Matthew Collins
U.S. DEPARTMENT OF JUSTICE
ENRD
P.O. Box 7611
Washington, DC 20044
(202) 305-0428
Fax: 202-305-0506
Email: brian.m.collins@usdoj.gov

                                        */s/ John P. Racin*
                                        John P. Racin