UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **FORT SILL APACHE TRIBE** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 14–0958 (RMC) |
| | ) | |
| **NATIONAL INDIAN GAMING COMMISSION, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ORDER

Having considered the Plaintiff's Consent Motion for Modification of Remaining Briefing Schedule, and the premises of this case, it is, this ___ day of _____, 2019,

ORDERED, that Plaintiff's Consent Motion be, and same hereby is, GRANTED; and it is

FURTHER ORDERED, that the remaining briefing schedule is modified as follows:

1. Plaintiff's Response to Defendants' Cross Motion for Summary Judgment, and Reply to Defendants' Response to Plaintiff's Motion for Summary Judgment from September 6, 2019 to September 27, 2019; and

2. Defendants' Reply to Plaintiff's Response to Defendants' Cross Motion for Summary Judgment on or before October 18, 2019.

ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE

Copies to Counsel
via ECF