**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FORT SILL APACHE TRIBE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 14–0958 (RMC) |
| ) | |
| NATIONAL INDIAN GAMING ) | |
| COMMISSION, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER**

Having considered Plaintiff's Consent Motion for Additional Modification of Remaining Briefing Schedule, and the premises of this case, it is, this ____ day of September, 2019,

ORDERED, that Plaintiff's Motion be, and the same hereby is, GRANTED; and it is

FURTHER ORDERED, that the briefing schedule is hereby modified as follows:

1. Plaintiff's Response to Defendants' Cross Motion for Summary Judgment, and Reply to Defendants' Response to Plaintiff's Motion for Summary Judgment, from September 27, 2019 to November 8, 2019; and

2. Defendants' Reply to Plaintiff's Response to Defendants' Cross Motion for Summary Judgment, from October 18, 2019 to December 13, 2019.


ROSEMARY C. COLLYER
UNITED STATES DISTRICT JUDGE

Copies to Counsel
via ECF