UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **FORT SILL APACHE TRIBE** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 14–0958 (RMC) |
| | ) | |
| **NATIONAL INDIAN GAMING COMMISSION, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**PLAINTIFF'S CONSENT MOTION FOR ADDITIONAL
MODIFICATION OF BRIEFING SCHEDULE**

Plaintiff, through undersigned counsel, respectfully requests that this Court grant leave to file Plaintiff's Response to Defendants' Cross Motion for Summary Judgment, and Reply to Defendants' Response to Plaintiff's Motion for Summary Judgment ("Plaintiff's Response") on or before November 15, 2019.  The grounds for the request are as follows:

1.  Plaintiff's Response is now due November 8, 2019, a date sought when counsel with primary drafting responsibility was summoned to grand jury duty for five weeks, service which left even less time for a law practice than he anticipated.   On October 14, 2019, the undersigned returned to the office, where several urgent matters required immediate attention, including a Tribal dispute where motions for a temporary restraining order and preliminary injunction were necessary to restrain a Tribal Chairman from making use of substantial funds loaned to a Tribal casino for improvement of its gaming operations, but which were transferred to an account the Chairman controls.

2.  The undersigned has had lead responsibility for the pleadings prior to a hearing on the request for preliminary injunctive relief now scheduled for October 30th in "CFR Court"

(established pursuant to the Code of Federal Regulations), which will be handled by colleagues in Oklahoma.

2. Defense counsel has kindly consented to the request, granting of which should not delay these proceedings unduly.

WHEREFORE, Plaintiff respectfully requests that this Court grant leave to file Plaintiff's Response on or before November 15, 2019.

A proposed Order is attached.

Respectfully submitted,

/s/ **John P. Racin**
John P. Racin
Law Office of John P. Racin
1721 Lamont Street, N.W.
Washington, D.C . 20010
(202) 277.7691
Fax: 202.296.5600
Email: johnpracin@gmail.com

**Attorney for Plaintiff**
**Fort Sill Apache Tribe**

## CERTIFICATE OF SERVICE

The foregoing *Plaintiff's Consent Motion for Additional Modification of Briefing Schedule* will be served to the following counsel for Defendant in this case by the Court's CM/ECF system after proper filing of an Adobe PDF version of the above items on the Court's secure website on October 29, 2019:

Brian Matthew Collins
U.S. DEPARTMENT OF JUSTICE
ENRD

-2-

P.O. Box 7611
Washington, DC 20044
(202) 305-0428
Fax: 202-305-0506
Email: brian.m.collins@usdoj.gov

                                        ***/s/ John P. Racin***
                                        John P. Racin