UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FORT SILL APACHE TRIBE        )<br>                                                           )<br>           **Plaintiff,**              )<br>                                                           )<br>v.                                                       )           Civil Action No. 14–0958 (RMC)<br>                                                           )<br>NATIONAL INDIAN GAMING   )<br>COMMISSION, et al.,                   )<br>                                                           )<br>           **Defendants.**            )<br>_____) | |

**PLAINTIFF'S CONSENT MOTION FOR ADDITIONAL
MODIFICATION OF BRIEFING SCHEDULE**

Plaintiff, through undersigned counsel, respectfully requests that this Court grant leave to file Plaintiff's Response to Defendants' Cross Motion for Summary Judgment, and Reply to Defendants' Response to Plaintiff's Motion for Summary Judgment ("Plaintiff's Response") on or before November 25, 2019.  The request does not entail any other changes in the schedule.  The grounds are as follows:

　　　1.  Plaintiff's Response is now due November 22, 2019, but several factors make it impossible to meet the deadline, including a pressing family matter that required immediate attention.

　　　2.  Defense counsel has again kindly consented to the request, granting of which would not affect the schedule otherwise.  The undersigned greatly regrets any additional inconvenience to the Court.

　　　WHEREFORE, Plaintiff respectfully requests that this Court grant leave to file Plaintiff's Response on or before November 25, 2019.  A proposed Order is attached.

Respectfully submitted,

**/s/ John P. Racin**
John P. Racin
Law Office of John P. Racin
1721 Lamont Street, N.W.
Washington, D.C . 20010
(202) 277.7691
Fax: 202.296.5600
Email: johnpracin@gmail.com

**Attorney for Plaintiff**
**Fort Sill Apache Tribe**

# CERTIFICATE OF SERVICE

The foregoing *Plaintiff's Consent Motion for Additional Modification of Briefing Schedule* will be served to the following counsel for Defendant in this case by the Court's CM/ECF system after proper filing of an Adobe PDF version of the above items on the Court's secure website on November 22, 2019:

Brian Matthew Collins
U.S. DEPARTMENT OF JUSTICE
ENRD
P.O. Box 7611
Washington, DC 20044
(202) 305-0428
Fax: 202-305-0506
Email: brian.m.collins@usdoj.gov

*/s/ John P. Racin*
John P. Racin