UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FORT SILL APACHE TRIBE** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**NATIONAL INDIAN GAMING** )<br>**COMMISSION, et al.,** )<br>)<br>**Defendants.** )<br>_____) | Civil Action No. 14–0958 (RMC) |

## ORDER

Having considered Plaintiff's Consent Motion for Additional Modification of Briefing Schedule, and the premises of this case, it is, this ___ day of November, 2019,

ORDERED, that Plaintiff's Motion be, and the same hereby is, GRANTED; and it is

FURTHER ORDERED, that Plaintiff's Response to Defendants' Cross Motion for Summary Judgment, and Reply to Defendants' Response to Plaintiff's Motion for Summary Judgment shall be filed on or before November 25, 2019.

_____
ROSEMARY C. COLLYER
UNITED STATES DISTRICT JUDGE

Copies to Counsel
via ECF