UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FORT SILL APACHE TRIBE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 14–0958 (RMC) |
| ) | |
| NATIONAL INDIAN GAMING ) | |
| COMMISSION, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**MOTION FOR LEAVE TO FILE RESPONSE TO
DEFENDANTS' CROSS MOTION FOR SUMMARY JUDGMENT
*NUNC PRO TUNC* TO NOVEMBER 25, 2019**

Plaintiff, through undersigned counsel, respectfully requests that this Court grant leave to file the attached Plaintiff's Response to Defendants' Cross Motion for Summary Judgment, and Reply to Defendants' Response to Plaintiff's Motion for Summary Judgment ("Response") *nunc pro tunc* to November 25, 2019. The grounds are as follows:

1. The undersigned attempted to file the Response on November 25th. However, perhaps because denizens of the Internet overwhelmed the website seeking copies of Judge Jackson's *McGahn* decision, counsel could not access the website for filing. He emailed a copy of the Response to defense counsel in the evening, while saying he would be seeking leave to file the Response *nunc pro tunc* to the 25th.

2. The undersigned has a scheduled mediation that may take most of the day Tuesday, November 26th, and – depending upon access to the website in the early morning hours – may be forced to have the Response filed later in the day. He intends to inform Chambers of the thwarted effort and resulting delay by telephone before leaving the office.

WHEREFORE, Plaintiff respectfully requests that this Court grant leave to file Plaintiff's Response *nunc pro tunc* to November 25, 2019.  A proposed Order is attached.

Respectfully submitted,

/s/ John P. Racin
John P. Racin
Law Office of John P. Racin
1721 Lamont Street, N.W.
Washington, D.C . 20010
(202) 277.7691
Fax: 202.296.5600
Email: johnpracin@gmail.com

**Attorney for Plaintiff**
**Fort Sill Apache Tribe**

## CERTIFICATE OF SERVICE

The foregoing *Plaintiff's  Motion for Leave to File Response to Defendants' Cross Motion for Summary Judgment Nunc Pro Tunc to November 25, 2019*  will be served to the following counsel for Defendant in this case by the Court's CM/ECF system after proper filing of an Adobe PDF version of the above items on the Court's secure website on November 26, 2019:

Brian Matthew Collins
U.S. DEPARTMENT OF JUSTICE
ENRD
P.O. Box 7611
Washington, DC 20044
(202) 305-0428
Fax: 202-305-0506
Email: brian.m.collins@usdoj.gov

*/s/ John P. Racin*
John P. Racin