UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **FORT SILL APACHE TRIBE** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 14–0958 (RMC) |
| | ) | |
| **NATIONAL INDIAN GAMING COMMISSION, et al.,** | ) ) | |
| | ) | |
| **Defendants.** | ) ) | |

### ORDER

Having considered Plaintiff's Motion for Leave to File Response to Defendants Cross Motion for Summary Judgment *Nunc Pro Tunc* to November 25, 2019, and the premises of this case, it is, this ___ day of November, 2019,

ORDERED, that Plaintiff's Motion be, and the same hereby is, GRANTED.

_____
ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE

Copies to Counsel
via ECF