BRIAN COLLINS
Trial Attorney
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Email: brian.m.collins@usdoj.gov
Ph: (202) 305-0428
Fx: (202) 305-0506
*Attorney for Federal Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FORT SILL APACHE TRIBE,** | No.: 1:14-cv-000958-RMC |
| **Plaintiff,** | |
| vs. | **FEDERAL DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF AND FOR COMPLIANCE WITH LOCAL RULE 7(n)(2)** |
| **NATIONAL INDIAN GAMING COMMISSION,** *et al.*, | |
| **Defendants.** | |

Federal Defendants respectfully request that this Court grant an extension of time to file their reply in support of their cross-motion for summary judgment (ECF No. 118). Plaintiffs' counsel has consented to the requested extension. The grounds for the request are as follows:

1. Under the current schedule, Federal Defendants' response to Plaintiffs' Motion for Summary Judgment is due December 13, 2019. Counsel for Federal Defendants has several other briefing deadlines on December 13, and will be unable to finalize the reply brief and secure the necessary reviews and approvals for filing before that date.

2. Accordingly, Federal Defendants request that the remaining briefing schedule be modified as follows:

> Federal Defendants' Reply in Support of its Cross-Motion shall be filed on or before December 20, 2019.

1

3.    In addition, pursuant to Local Rule 7(n)(2), the joint appendix relating to the cross-motions for summary judgment would be due 14 days after Defendants' reply brief, which would be January 3, 2020.  The parties have conferred, and, based on work and personal schedules during the period between December 20, 2019, and January 3, 2020, the parties request an extension of the Rule 7(n)(2) deadline to February 5, 2020.  In addition to the existing scheduling issues, counsel for Federal Defendants will be leaving the Department of Justice effective January 3, 2020, and new counsel will be assigned.  Federal Defendants intend to file a notice of withdrawal and substitution once new counsel has been assigned in advance of that date, but new counsel for Federal Defendants will require time to become familiar with the case and work through any issues with the joint appendix with Plaintiffs.  Accordingly, the parties request an extension of the Rule 7(n)(2) deadline to February 5, 2020.

4.    The extension will not prejudice either Plaintiff or the Federal Defendants.

A Proposed Order is attached.


Respectfully submitted

                                              JEAN E. WILLIAMS
                                              Deputy Assistant Attorney General

BY:                                           /*s/Brian Collins*
                                              BRIAN COLLINS
                                              Trial Attorney
                                              Natural Resources Section
                                              Environment and Natural Resources Division
                                              United States Department of Justice
                                              P.O. Box 7611
                                              Washington, D.C.  20044-7611
                                              Email: brian.m.collins@usdoj.gov
                                              Ph:  (202) 305-0428
                                              Fx: (202) 305-0506

                                              *Attorneys for Federal Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of December, 2019, the foregoing Consent Motion For Extension of Time was filed with the Court's CM/ECF system, which will send notification to counsel of record in this matter who are registered with the Court's CM/ECF system.

                                               _/s/ Brian Collins_

                                               Brian Collins