# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FORT SILL APACHE TRIBE,**<br><br>    **Plaintiff,**<br><br>vs.<br><br> **NATIONAL INDIAN GAMING COMMISSION,** *et al.***,**<br><br>    **Defendants.** | No.:  1:14-cv-000958-RMC |

# PROPOSED ORDER

This matter is before the Court on Plaintiff's Consent Motion for an Extension of Time (ECF No. 127).  The Court, having been fully advised hereby GRANTS the Motion and ORDERS as follows:

Federal Defendants' Reply in Support of its Cross-Motion shall be filed by December 20, 2019.

The parties are ordered to file the Joint Appendix pursuant to Local Rule 7(n)(2) no later than February 5, 2020.

Dated: ___ day of December 2019

                                                                             _____
                                                                             JUDGE ROSEMARY M. COLLYER
                                                                             UNITED STATES DISTRICT JUDGE

4