UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FORT SILL APACHE TRIBE** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **NATIONAL INDIAN GAMING** ) <br> **COMMISSION, et al.,** ) <br> ) <br> **Defendants.** ) <br> ) | Civil Action No. 14–0958 (RMC) |

**JOINT MOTION FOR AN EXTENSION
OF TIME TO FILE THE JOINT APPENDIX**

The parties, through undersigned counsel, respectfully request that this Court grant leave to file a Joint Appendix pursuant to Local Rule 7(n)(2) or before February 19, 2020. The grounds for the request are as follows:

1. The Joint Appendix is now due February 5, 2020. However, defense counsel responsible for the pleadings on cross–motions for summary judgment is no longer with the Department of Justice. Successor counsel entered an appearance on January 29, 2020. He requires a brief period to become familiar with the Administrative Record and coordinate a joint filing of the relevant contents with counsel for Plaintiff.

2. The parties respectfully submit that granting a brief extension of time for the purpose requested should not delay the proceedings unduly.

WHEREFORE, the parties respectfully request that this Court grant leave to file a Joint Appendix on or before February 19, 2020. A proposed Order is attached.

Respectfully submitted,

                JEAN E. WILLIAMS
                Deputy Assistant Attorney General

| /s/ John P. Racin | /s/ Peter Kyrn Dykema |
|---|---|
| John P. Racin | U.S. Department of Justice |
| Law Office of John P. Racin | Environmental & Natural Resources Division |
| 1721 Lamont Street, N.W. | Natural Resources Section |
| Washington, D.C . 20010 | P.O. Box 7611 |
| Tel: (202) 277.7691 | Washington, D.C. 20044–7611 |
| Fax: 202.296.5600 | Ph: (202) 305-0436 |
| johnpracin@gmail.com | Fax: (202) 305-0274 |
| | peter.dykema@usdoj.gov |
| ***Attorney for Plaintiff*** | |
| ***Fort Sill Apache Tribe*** | ***Attorney for Federal Defendants*** |