UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **FORT SILL APACHE TRIBE** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 14–0958 (RMC) |
| | ) | |
| **NATIONAL INDIAN GAMING COMMISSION, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ORDER

Having considered the parties' Joint Motion for an Extension of Time to File the Joint Appendix, and the premises of this case, it is, this ____ day of February, 2020,

ORDERED, that the parties' Joint Motion be, and the same hereby is, GRANTED; and it is

FURTHER ORDERED. that the parties shall file the Joint Appendix on or before February 19, 2020.

                                                                                        _____
                                                                                        ROSEMARY C. COLLYER
                                                                                        UNITED STATES DISTRICT JUDGE

Copies to Counsel
via ECF