PETER KRYN DYKEMA
Trial Attorney
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Email: peter.dykema@usdoj.gov
Ph: (202) 305-0436
Fx: (202) 305-0506

*Attorney for Federal Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **FORT SILL APACHE TRIBE,** | No.: 1:14-cv-000958-RMC |
| **Plaintiff,** | |
| vs. | **NOTICE OF FILING JOINT APPENDIX** |
| **NATIONAL INDIAN GAMING COMMISSION,** *et al.*, | |
| **Defendants.** | |

PLEASE TAKE NOTICE that the parties, through undersigned counsel, are filing today their Joint Appendix pursuant to Local Rule 7(n)(2). For the convenience of the Court the Joint Appendix is filed in the form of a compact disc, with all relevant Administrative Record documents appearing in pdf format. Two copies of the compact disc will be provided.

    Respectfully submitted,

    /s/ John P. Racin
    Law Office of John P. Racin
    1721 Lamont Street, N.W.
    Washington, D.C. 20010
    Tel: (202) 277.7691
    Fax: 202.296.5600
    johnpracin@gmail.com

    *Attorney for Plaintiff Fort Sill Apache Tribe*

|         |                                                  |
|---------|--------------------------------------------------|
|         | JEAN E. WILLIAMS<br>Deputy Assistant Attorney General |
| BY:     | /s/ *Peter Kryn Dykema*<br>Senior Trial Attorney<br>Natural Resources Section<br>Environment and Natural Resources Division<br>United States Department of Justice<br>P.O. Box 7611<br>Washington, D.C. 20044-7611<br>Email: peter.dykema@usdoj.gov<br>Ph: (202) 305-0436<br>Fx: (202) 305-0506 |
|         | *Attorney for Federal Defendants* |

February 19, 2020.

## CERTIFICATE OF SERVICE

      I hereby certify that on this 20th day of December, 2019, the foregoing Reply in Support of Federal Defendants' Cross-Motion for Summary Judgment was filed with the Court's CM/ECF system, which will send notification to counsel of record in this matter who are registered with the Court's CM/ECF system.

      */s/ Brian Collins*

      Brian Collins