Rev. 8/2018

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

FORT SILL APACHE TRIBE

    Plaintiff

vs.       Civil No. 14-958 (ESH)

NATIONAL INDIAN GAMING COMMISSION, et al    Category E

    Defendant

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on 3/9/2020 from Judge Rosemary M. Collyer to Judge Ellen Segal Huvelle by direction of the Calendar Committee.

(Case Transferred by Consent)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case Management Committee

cc: Judge Rosemary M. Collyer & Courtroom Deputy
Judge Ellen Segal Huvelle & Courtroom Deputy
Liaison, Calendar and Case Management Committee