UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **FORT SILL APACHE TRIBE** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 14–0958 (ESH) |
| | ) | |
| **NATIONAL INDIAN GAMING COMMISSION, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

### NOTICE OF APPEAL

Plaintiff Fort Sill Apache Tribe hereby notes an appeal to the United States Court of Appeals for the District of Columbia Circuit from this Court's entry of judgment in favor of Defendants, which took place April 30, 2010.

Respectfully submitted,

June 2, 2020

/s/ **John P. Racin**
John P. Racin
Law Office of John P. Racin
1721 Lamont Street, N.W.
Washington, D.C . 20010
(202) 277.7691
Fax: 202.296.5600
Email: johnpracin@gmail.com

/s/ **Phillip E. Thompson**
Thompson & Associates
P.O. Box 467
Point of Rocks, MD 21777
(301) 535-0488
Fax: (202) 905-0057
Email: phillliptho@me.com

                                         **/s/ Robert E. Prince**
                                         Law Office of Robert E. Prince
                                         632 S.W. "D" Avenue
                                         Lawton, OK 73501
                                         (580) 248-8015
                                         Fax: (580) 353-6888
                                         Email: reprince@fidnet.com

                                         **Attorneys for Plaintiff**
                                         **Fort Sill Apache Tribe**


## CERTIFICATE OF SERVICE

      The foregoing ***Notice of Appeal*** will be served to the following counsel for Defendants in this case by the Court's CM/ECF system after proper filing of an Adobe PDF version of the above items on the Court's secure website on June 2, 2020:

Peter Kryn Dykema
US Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington DC 20044-7611
Ph: (202) 305 0436
Fax: (202) 305 0274
peter.dykema@usdoj.gov


                                         */s/ John P. Racin*
                                         John P. Racin